UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEROLD GERLAIN,<br><br>                               Plaintiff,<br><br>          -against-<br><br>COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>                               Defendant. | 24-CV-3863 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On July 15, 2024, the Court extended the parties' deadline to respond to the Court's Order at ECF No. 10 to August 2, 2024. ECF No. 12. The deadline has passed. The parties are ORDERED to comply with the Court's Order at ECF No. 10 by no later than **August 13, 2024**.

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

Dated: August 7, 2024
       New York, New York

                                        SO ORDERED.

                                        *Jessica Clarke*
                                        _____
                                        JESSICA G. L. CLARKE
                                        United States District Judge