UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEROLD GERLAIN,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>COMMISIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant | 24-CV-03863 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

　　This action is scheduled for a telephonic status conference on **Monday, September 30, 2024 at 10:30 AM**. Plaintiff and counsel for Defendant are directed to call my conference line at the scheduled time by dialing **(646) 453-4442, Access Code: 778 686 00 #**.

DATED:　September 17, 2024
　　　　　New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge