UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HEROLD GERLAIN,<br><br>                Plaintiff,<br><br>-against-<br><br>COMMISSIONER OF SOCIAL SECURITY, et al.,<br><br>                Defendants. | 24-CV-03863 (JGLC) (RFT)<br><br>**ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

      The telephonic status conference is rescheduled for October 8, 2024 at 10:30 AM. Plaintiff and counsel for Defendant are directed to call my conference line at the scheduled time by dialing (646) 453-4442, Access Code: 778 686 00 #.

      Plaintiff is cautioned that failure to appear at the conference, without prior notice to the Court, may result in a recommendation to Jessica G. L. Clarke to dismiss Plaintiff's case for failure to prosecute under Federal Rule of Civil Procedure 41(b).

DATED:  September 30, 2024
            New York, NY

SO ORDERED.

_____
**ROBYN F. TARNOFSKY**
United States Magistrate Judge